# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 OCT -2 A II: 46

CLERK _____
SO. DIST. OF GA.

JOHN WESLEY GARVIN,               )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     CV 307-029
                                  )
JAMES DONALD, Commissioner, et al., )
                                  )
          Defendants.             )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation (doc. no. 11), to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Motion to Request Preliminary Injunction Prohibiting Transfer" (doc. no. 3) and "Motion to Request Preliminary Injunction Prohibiting the Assignment of Female Correctional Officers to Post of Male Inmate Housing Units" (doc. no. 5) are **DENIED**.

SO ORDERED this ____ day of _____October_____, 2007, at Augusta, Georgia.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

---

[1] In Plaintiff's "Objections to the Report and Recommendation of the Honorable Magistrate Judge," Plaintiff states, "While Garvin does not object to the recommendation that both motions should be denied, he does object to other facts and statements . . . ." (Doc. no. 13, p. 2).