IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOHN WESLEY GARVIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 307-029 |
| | ) |
| JAMES DONALD, Commissioner, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's conditions of confinement, equal protection, due process, and *respondeat superior* claims, as well as Plaintiff's claim for psychological damages, are **DISMISSED**, and Defendants Donald and Brown are **DISMISSED** from this case.

SO ORDERED this 17 day of December, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE